IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01839-BNB

MIKEAL GLENN STINE, and
RAYMOND OECHSLE,

    Plaintiffs,

v.

HARLEY LAPPIN, Director BOP,
MICHAEL NALLEY, Regional Director BOP, and
RON WILEY, Warden ADX Supermax,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 18 2007

GREGORY C. LANGHAM
CLERK

## ORDER

On September 12, 2007, a pleading titled "Plaintiff Raymond Oechsle Cures Deficiencies Motion and Files Certified Printout" was submitted to the Court in the instant action. A copy of Mr. Oechsle's trust fund account statement also is attached to the pleading. In the pleading, a statement is made that Mr. Oechsle did not receive a copy of the Court's August 31, 2007, Order or a copy of the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 form. A statement also is made that Mr. Oechsle previously submitted a Motion and Affidavit to the Court in the instant action. Although the pleading is written in Mr. Stine's handwriting, Mr. Oechsle appears to have signed the pleading.

The Court has reviewed all of Plaintiffs' filings in the instant action but did not find a Motion and Affidavit submitted by Mr. Oechsle. Therefore, before the Court will proceed with a review of the merits of all claims, Mr. Oechsle must file a Motion and Affidavit with the Court.

The Court further finds that Mr. Stine and Mr. Oechsle continue to make unnecessary filings with the Court. Mr. Stine and Mr. Oechsle are directed to refrain from filing unnecessary exhibits and letters in the instant action. The exhibits and letters border on being malicious and may subject Plaintiffs to possible sanctions. The only proper filing to be submitted to the Court at this time is a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 that is completed and signed by Mr. Oechsle. Plaintiffs also are instructed that all filings submitted to the Court in the instant action must contain each Plaintiff's signature. One plaintiff may not sign on behalf of the other. Accordingly, it is

ORDERED that Plaintiff Raymond Oechsle has thirty days to submit a properly completed and signed Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. It is

FURTHER ORDERED that the only proper filing at this time is a Motion and Affidavit completed and signed by Plaintiff Raymond Oechsle. It is

FURTHER ORDERED that the Court will not consider the merits of all claims until Plaintiff Raymond Oechsle has complied with the Court's August 31, 2007, Order. It is

FURTHER ORDERED that the Clerk of the Court shall send a copy of the August 31, 2007, Order and two copies of the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 form to **Plaintiff Raymond Oechsle**. It is

FURTHER ORDERED that if Plaintiff Raymond Oechsle fails to comply with the Court's Order within thirty days he will be dismissed from the action without further notice. It is

2

FURTHER ORDERED that the Clerk of the Court shall send a copy of the instant Order to both Plaintiffs.

DATED September 18, 2007, at Denver, Colorado.

                                        BY THE COURT:

                                        s/ Boyd N. Boland
                                        United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-01839-BNB

Mikeal Stine
Reg. No. 55436-098
ADX – Florence
PO Box 8500
Florence, CO 81226

Raymond Oechsle
Reg. No. 44776-066
ADX – Florence
PO Box 8500
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals **and two copies of the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915 to Raymond Oechsle only** on 9/18/07

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk