IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01839-BNB

MIKEAL GLENN STINE, and
RAYMOND OECHSLE,

    Plaintiffs,

v.

HARLEY LAPPIN, Director BOP,
MICHAEL NALLEY, Regional Director BOP, and
RON WILEY, Warden ADX Supermax,

    Defendants.




FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 13 2007

GREGORY C. LANGHAM
CLERK

## ORDER

This matter before the Court is the "Objections to Magistrates [sic] Minute Order Dated 10/24/07 and Motion to Reconsider and for Status Conference" submitted to the Court on November 1, 2007, by Plaintiff Mikeal Glenn Stine, a federal prisoner currently housed in the State of Colorado. In the Objection, Mr. Stine simply asserts additional claims regarding his inability to converse with Plaintiff Oechsle and to file grievances. As Mr. Stine was informed in the Court's November 2, 2007, Order, his continual filing of objections and motions only causes delay in the Court's consideration of the merits of the original Complaint in this action.

Furthermore, Mr. Stine was instructed, in the Court's November 2, 2007, Order, that he does not have a constitutional right to prosecute an action in this Court with a co-plaintiff. If Plaintiffs are prohibited from passing legal papers to each other, and otherwise communicating with each other, they may seek to prosecute their individual claims in separate lawsuits. Accordingly, it is

ORDERED that Mr. Stine's Objection and Motion to Reconsider, filed November 1, 2007, is DENIED.

DATED at Denver, Colorado, this 13 day of Nov., 2007.

BY THE COURT:

*[signature]*

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-01839-BNB

Mikeal Stine
Reg. No. 55436-098
ADX – Florence
PO Box 8500
Florence, CO 81226

Raymond Oechsle
Reg. No. 44776-066
ADX – Florence
PO Box 8500
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER** to the above named individuals on 11/13/07

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk