# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

CIVIL ACTION NO. 07-cv-01839-BNB

MIKEAL GLENN STINE, and
RAYMOND OECHSLE,

    Plaintiffs,

v.

HARLEY LAPPIN/Director BOP,
MICHAEL NALLEY/Regional Director, BOP, and
RON WILEY/Warden ADX Supermax,

    Defendants.



## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

On January 3, 2008, Plaintiffs filed a Motion to Waive Copy Requirement (Doc. No. 42). The Motion is DENIED.

Dated: February 26, 2008

Copies of this Minute Order mailed on February 26, 2008, to the following:

Mikeal Glenn Stine
Reg. No. 55436-098
ADX - Florence
PO Box 8500
Florence, CO 81226

Raymond Oechsle
Reg. No. 44776-066
ADX - Florence
PO Box 8500
Florence, CO 81226

                Secretary/Deputy Clerk