# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

CIVIL ACTION NO. 07-cv-01839-BNB

MIKEAL GLENN STINE, and
RAYMOND OECHSLE,

    Plaintiffs,

v.

HARLEY LAPPIN/Director BOP,
MICHAEL NALLEY/Regional Director, BOP, and
RON WILEY/Warden ADX Supermax,

    Defendants.



FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 10 2008

GREGORY C. LANGHAM
CLERK

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

On November 29, 2007, Plaintiffs filed a Motion for Reconsideration of the Court's November 2, 2007, Order, in which the Court denied all of Plaintiffs' requests for injunctive relief. Plaintiffs filed a renewed motion for injunctive relief on January 3, 2008. In the renewed Motion, Plaintiffs request the same relief that they requested in their previous motions for injunctive relief. The January 3, 2008, Motion remains pending before the Court. Therefore, the November 29, 2007, Motion for Reconsideration is DENIED as moot.

Dated: March 10, 2008

Copies of this Minute Order mailed on March 10, 2008, to the following:

Mikeal Glenn Stine
Reg. No. 55436-098
ADX - Florence
PO Box 8500
Florence, CO 81226

Raymond Oechsle
Reg. No. 44776-066
ADX - Florence
PO Box 8500
Florence, CO 81226

                                            Secretary/Deputy Clerk