IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01839-WYD-KLM

MIKEAL GLENN STINE and
RAYMOND OESCHLE,

    Plaintiff,

v.

HARLEY LAPPIN, Director B.O.P.,
MICHAEL NALLEY, Regional Director B.O.P., and
RON WILEY, Warden ADX Supermax,

    Defendants.
_____

**ORDER STRIKING DOCKET NO. 14**
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court pursuant to the Recommendation and Order issued in Civil Action 07-cv-00121-WYD-KLM, *Stine v. United States*, striking Plaintiff Stine's offensive and false documents. Accordingly,

    IT IS **ORDERED** that Docket No. 14 shall be **STRICKEN**. The false accusations lodged by Plaintiff Stine in his letter are unwarranted and serve no legitimate purpose as a pleading. The Court has the inherent authority to strike offensive pleadings. *Garrett v. Selby Connor Maddux & Janer*, 425 F.3d 836, 841 (10th Cir. 2005); *Phillips v. Carey*, 638 F.2d 207, 208 (10th Cir. 1981). Moreover, pursuant to Fed. R. Civ. P. 12(f), the Court is authorized to strike any pleading which deals with an "immaterial, impertinent, or scandalous matter." While *pro se* parties are usually subject to relaxed pleading standards, this Court "simply will not allow liberal pleading rules and *pro se* practice to be a vehicle for abusive documents. Our *pro se* practice is a shield against the technical requirements of a past age; it is not a sword with which to insult" the participants in a federal lawsuit. *Garrett*, 425 F.3d at 841 (quoting *Theriault v. Silber*, 579 F.2d 302, 303 (5th Cir. 1978)). In addition, Docket No. 14 is signed only by Plaintiff Stine which is a further justification for sanction, as Plaintiffs well know. *See* Order [Docket No. 26]. Both *pro se* Plaintiffs are warned that the filing of abusive or incomplete pleadings will not be tolerated and may result in the imposition of further sanctions, including entry of an injunction prohibiting them from filing future pleadings and/or dismissal of their case.

Dated:       March 21, 2008

BY THE COURT:

s/ Kristen L. Mix
U.S. Magistrate Judge
Kristen L. Mix