IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01839-WYD-KLM

MIKEAL GLENN STINE and
RAYMOND OECHSLE,

    Plaintiff,

v.

HARLEY LAPPIN, Director B.O.P.,
MICHAEL NALLEY, Regional Director B.O.P., and
RON WILEY, Warden ADX Supermax,

    Defendants.
_____

**ORDER SETTING RESPONSE DATES TO MOTION NOS. 49, 66, AND 78 AND
WARNING PLAINTIFFS ABOUT REDUNDANT FILINGS**
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiffs' Renewed Motion for Evidentiary Hearing/TRO and Preliminary Injunction Pursuant to Rule (60)(b) F. R. Civ. P. [Docket No. 49; Filed January 3, 2008] ("Renewed Motion"). Since the filing of the Renewed Motion, Plaintiffs have filed two supplemental motions in relation to the Renewed Motion: (1) an untitled motion asking the Court to rule on the Renewed Motion [Docket No. 66; Filed March 13, 2008]; and (2) a Motion to Expedite Renewed Motion for TRO/Preliminary Injunction Due [sic] <u>Imminent Danger</u> [Docket No. 78; Filed March 25, 2008] (collectively, "Supplemental Motions"). At present, service of the complaint in this matter has only been effected as to Defendants Lappin and Nalley.

    IT IS HEREBY **ORDERED** that Defendants shall file a single response which addresses the Renewed Motion [Docket No. 49] and the Supplemental Motions [Docket

Nos. 66, 78] on or before **May 16, 2008**. When service is effected as to Defendant Wiley, his response to the Renewed Motion and the Supplemental Motions shall also be due on **May 16, 2008**.

IT IS FURTHER **ORDERED** that Plaintiffs are cautioned regarding the filing of motions involving the same issues in a piecemeal fashion. Plaintiff Stine has already received a similar warning in Civil Action No. 07-cv-00799-WYD-KLM [Docket No. 106]. The filing of redundant motions which request the same relief or seek rulings on motions that are already pending detracts from the Court's ability to devote sufficient time to the original motion and the Court's docket. The Court needs to review Defendants' response to the Renewed Motion and the Supplemental Motions, and an appropriate amount of time to duly consider its ruling. Plaintiffs are warned that further supplemental filings or motions addressing their Renewed Motion will be **STRICKEN** as redundant pursuant to D.C. Colo. L. Civ. R. 7.1H. Further, the failure to abide by this Order may subject Plaintiffs to further sanctions, including the dismissal of their case pursuant to Fed. R. Civ. P. 41.

Dated: March 27, 2008

BY THE COURT:

s/ Kristen L. Mix
U.S. Magistrate Judge
Kristen L. Mix