IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01839-WYD-KLM

MIKEAL GLENN STINE and
RAYMOND OESCHLE,

    Plaintiff,

v.

HARLEY LAPPIN, Director B.O.P.,
MICHAEL NALLEY, Regional Director B.O.P., and
RON WILEY, Warden ADX Supermax,

    Defendants.

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiffs' Motion for Default Judgment [Docket 114; Filed May 14, 2008] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **DENIED**. As a preliminary matter, default judgment may not be entered without the Clerk first entering default against Defendant Nalley. *See* Fed. R. Civ. P. 55(a). Further, Defendant Nalley timely moved for an extension of time to file his answer [Docket No. 110], and the motion was granted [Docket No. 112]. As such, Defendant Nalley is not currently in default.

Dated:    May 19, 2008