IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01839-WYD-KLM

MIKEAL GLENN STINE and
RAYMOND OESCHLE,

    Plaintiff,

v.

HARLEY LAPPIN, Director B.O.P.,
MICHAEL NALLEY, Regional Director B.O.P., and
RON WILEY, Warden ADX Supermax,

    Defendants.

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiffs' Motion for Ruling and Sanctions [Docket No. 129; Filed June 6, 2008] and "Plaintiffs Give Notice and Request <u>Admonishment of Court to Defense</u>" [Docket No. 131; Filed June 6, 2008] (collectively, the "Motions").

    IT IS HEREBY **ORDERED** that the Motions are **DENIED**. Defendants timely submitted responses to the outstanding motions and certified service on Plaintiffs [Docket Nos. 122, & 126-28]. To the extent that Plaintiffs did not receive copies, Defendants are not at fault. Out of an abundance of caution,

    IT IS FURTHER **ORDERED** that the Clerk shall send copies of Docket Nos. 122, 126-28 to Plaintiffs.

Dated:      June 9, 2008