IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 07-cv-01839-WYD-KLM

MIKEAL GLENN STINE and
RAYMOND OECHSLE ,

    Plaintiffs,

v.

HARLEY LAPPIN, Director B.O.P.;
MICHAEL NALLEY, Regional Director B.O.P.; and
RON WILEY, Warden ADX Supermax,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    The Request Leave of the Court to review the Dist, Courts Authority to Appoint investigator for Plaintiffs, by U.S. Court of Appeals for the Tenth Circuit (docket #130), filed June 6, 2008, is **DENIED.** If Plaintiffs are requesting relief from the Tenth Circuit Court of Appeals, Plaintiffs shall follow proper filing procedures in that court.