IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01839-WYD-KLM

MIKEAL GLENN STINE and
RAYMOND OESCHLE,

      Plaintiff,

v.

HARLEY LAPPIN, Director B.O.P.,
MICHAEL NALLEY, Regional Director B.O.P., and
RON WILEY, Warden ADX Supermax,

      Defendants.

_____

**MINUTE ORDER**
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L.  MIX**

      This matter is before the Court on Defendants' Motion to Sever and to Postpone Scheduling Conference [Docket No. 147; Filed June 26, 2008] (the "Motion").

      IT IS HEREBY **ORDERED** that the Motion is **DENIED in part and HELD IN ABEYANCE in part**.  To the extent that Defendants request that the Court vacate the Scheduling Conference set for July 1, 2008, the Motion is **denied**.  To the extent that Defendants request that the Court sever the Plaintiffs' claims in the above-captioned case, the Motion is **held in abeyance** pending a formal briefing pursuant to D.C. Colo. L. Civ. R. 7.1(C).

Dated:      June 30, 2008