IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01839-WYD-KLM

MIKEAL GLENN STINE and
RAYMOND OESCHLE,

    Plaintiff,

v.

HARLEY LAPPIN, Director B.O.P.,
MICHAEL NALLEY, Regional Director B.O.P., and
RON WILEY, Warden ADX Supermax,

    Defendants.
_____

**ORDER SEVERING PLAINTIFFS' CLAIMS**
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendants' Motion to Sever and to Postpone Scheduling Conference [Docket No. 147; Filed June 26, 2008] (the "Motion to Sever"). The Court previously denied Defendants' request to postpone the Scheduling Conference, but held in abeyance its decision regarding the request to sever Plaintiffs' claims until the Court was apprised of Plaintiffs' positions [Docket No. 149]. The Court conducted a Scheduling Conference on July 1, 2008. Plaintiff Stine stated on the record that he does not oppose the Motion to Sever [Docket No. 153]. Thereafter, Defendants filed a communication received from Plaintiff Oechsle indicating that he does not oppose the Motion to Sever [Docket No. 150-2]. Because the Motion is unopposed,

    IT IS HEREBY **ORDERED** that pursuant to Fed. R. Civ. P. 21, the Motion to Sever is **GRANTED**. The parties are directed to retain the same caption and case number in all future pleadings, but to specify which Plaintiff is filing <u>all</u> pleadings in each pleading title. Pleadings which fail to adequately indicate which Plaintiff has filed them will be stricken.

IT IS FURTHER **ORDERED** that effective as of the date of this Order, Plaintiffs shall separately file all future pleadings pertaining to this case.

IT IS FURTHER **ORDERED** that the case deadlines set forth in the Scheduling Order [Docket No. 153] are in effect as to Plaintiff Stine, and discovery may proceed at this time as to his claims only.

IT IS FURTHER **ORDERED** that Defendants' Motion is Dismiss [Docket No. 144] is **DENIED without prejudice**. No responses should be filed. Defendant may refile separate motions to dismiss regarding each Plaintiff on or before **July 25, 2008**. The dispositive motion deadline for Plaintiff Stine's claims remains December 8, 2008.

IT IS FURTHER **ORDERED** that a Preliminary Scheduling/Status Conference as to **Plaintiff Oechsle only** is set for **July 23, 2008 at 9:30 a.m.** in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. The parties need not comply with the requirements of Fed. R. Civ. P. 16 and 26(a)(1) and D.C. COLO.LCivR. 16.1 and 16.2. The purpose of the initial conference is to consider the nature and status of the case, the timing for filing of any motions or responses, and what discovery, if any, will be needed. Plaintiff Oechsle and his case manager shall contact the court at **(303) 335-2770** on the above date and time in order to participate. The Court notes that Plaintiff Oechsle refused to attend the prior Scheduling Conference set in this matter. **Plaintiff Oechsle's failure to attend his second Scheduling Conference will result in the Court recommending that Plaintiff Oechsle's case be dismissed pursuant to Fed. R. Civ. P. 16(f) & 41(b).**

Dated: July 3, 2008

BY THE COURT:

s/ Kristen L. Mix
U.S. Magistrate Judge
Kristen L. Mix