IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 07-cv-01839-WYD-KLM

MIKEAL GLENN STINE and
RAYMOND OECHSLE ,

    Plaintiffs,

v.

HARLEY LAPPIN, Director B.O.P.;
MICHAEL NALLEY, Regional Director B.O.P.; and
RON WILEY, Warden ADX Supermax,

    Defendants.

## ORDER AFFIRMING AND ADOPTING RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

THIS MATTER is before the Court on Plaintiffs' Motion for Evidentiary Hearing and Injunctive Order (docket #71), filed March 18, 2008, and Plaintiffs' Amended Motion for Evidentiary Hearing; Protective Order; and Injunctive Order (docket #93), filed April 4, 2008. The motions were referred to Magistrate Kristen L. Mix for a Recommendation by Order of Reference dated March 7, 2008. Magistrate Judge Mix issued a Recommendation on June 13, 2008, that the above referenced motions be denied. (Recommendation at 11.) The Recommendation is incorporated herein by reference. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b).

The Recommendation advised the parties that specific written objections were due within ten (10) days after being served with a copy of the Recommendation. (Recommendation at 11-12.) Despite this advisement, no objections to the Magistrate

Judge's Recommendation were filed by either party.

"In the absence of timely objection, the district court may review a magistrate. . . [judge's] report under any standard it deems appropriate." *Summers v. Utah,* 927 F.2d 1165, 1167 (10th Cir. 1991) (citing *Thomas v. Arn,* 474 U.S. 140, 150 (1985) (stating that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings"). Applying this standard, I am satisfied that the Recommendation of Magistrate Judge Mix is sound and that there is no clear error on the face of the record. *See* Fed. R. Civ. P. 72(a). I agree that the above referenced motions should be denied. Accordingly, it is hereby

ORDERED that the Recommendation of United States Magistrate Judge Mix (docket #140), filed June 13, 2008, is **AFFIRMED** and **ADOPTED**.

In accordance therewith, it is

FURTHER ORDERED that Plaintiffs' Motion for Evidentiary Hearing and Injunctive Order (docket #71), filed March 18, 2008, and Plaintiffs' Amended Motion for Evidentiary Hearing; Protective Order; and Injunctive Order (docket #93), filed April 4, 2008, are hereby **DENIED**.

Dated: July 15, 2008

                                              BY THE COURT:

                                              s/ Wiley Y. Daniel
                                              Wiley Y. Daniel
                                              U. S. District Judge