IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01839-WYD-KLM

MIKEAL GLENN STINE and
RAYMOND OESCHLE,

    Plaintiff,

v.

HARLEY LAPPIN, Director B.O.P.,
MICHAEL NALLEY, Regional Director B.O.P., and
RON WILEY, Warden ADX Supermax,

    Defendants.

_____

### MINUTE ORDER RE: PLAINTIFF STINE'S MOTION TO COMPEL
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion to Compel Discovery Pursuant to Fed. R. Civ. P. (37) [sic] (a)** [Docket No. 191; Filed August 13, 2008] (the "Motion"). Although the present pleading purports to be a motion to compel Defendants to respond to outstanding discovery requests propounded by Plaintiff, it is primarily a response to the pending Motion to Stay Discovery by Plaintiff Stine and for Protective Order filed by Defendants [Docket No. 181] ("Motion to Stay"). D.C. Colo. L. Civ. R. 7.1(C) clearly states that "[a] motion shall not be included in a response or reply to the original motion. A motion shall be in separate paper."

    IT IS HEREBY **ORDERED** that the Motion is **DENIED** for failure to comply with Local Rule 7.1(C). However, the Motion shall be considered as Plaintiff's Response to the Motion to Stay, unless Plaintiff files a pleading titled "Response to Motion to Stay" and setting forth appropriate arguments on or before **August 28, 2008**.

    Plaintiff is reminded of his obligation to clearly identify his pleadings by including his name <u>in the pleading title</u> as set forth in my July 3, 2008 Order [Docket No. 154].

Dated:      August 14, 2008