IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  07-cv-01839-WYD-KLM

MIKEAL GLENN STINE and
RAYMOND OECHSLE ,

      Plaintiffs,

v.

HARLEY LAPPIN, Director B.O.P.;
MICHAEL NALLEY, Regional Director B.O.P.; and
RON WILEY, Warden ADX Supermax,

      Defendants.

---

## ORDER

---

THIS MATTER is before the Court on Plaintiff Raymond Oechsle's Motion to

Voluntarily Dismiss Lawsuit Without Prejudice, filed October 7, 2008 (docket #216).

Having reviewed the motion and the premises therein, it is hereby

ORDERED that Plaintiff Raymond Oechsle's Motion to Voluntarily Dismiss

Lawsuit Without Prejudice, filed October 7, 2008 (docket #216) is **GRANTED**.  It is

FURTHER ORDERED that this case is **DISMISSED WITHOUT PREJUDICE** as

to Plaintiff Raymond Oechsle.

Dated:  October 17, 2008

                    BY THE COURT:


                    s/ Wiley Y. Daniel
                    Wiley Y. Daniel
                    U. S. District Judge