IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01839-WYD-KLM

MIKEAL GLENN STINE

    Plaintiff,

v.

HARLEY LAPPIN, Director B.O.P.,
MICHAEL NALLEY, Regional Director B.O.P., and
RON WILEY, Warden ADX Supermax,

    Defendants.
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion for Protective Order** [Docket No. 230; Filed December 4, 2008] (the "Motion"). Plaintiff seeks the entry of a protective order to prohibit Defendants from deposing him on December 9, 2008 while discovery is stayed. Plaintiff also seeks an order setting forth the terms and conditions of any future deposition of him taken by Defendants. Defendants filed a Response on December 23, 2008 and acknowledge that discovery is stayed until resolution of their motion to dismiss [Docket No. 214]. They also object to Plaintiff's request to set terms and conditions of his future deposition.

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED in part and DENIED in part**. To the extent that Plaintiff seeks the entry of a protective order preventing Defendants from taking his deposition on December 9, 2008, the Motion is **granted**. Defendants are without authority to unilaterally violate the stay of discovery in this case. The Court's Recommendation to resolve Defendants' motion to dismiss is pending, and until such time as the District Court rules on the Recommendation, discovery is stayed pursuant to my Order dated September 5, 2008 [Docket No. 209]. To the extent that Plaintiff seeks to set the terms and conditions of any future deposition, the Motion is **denied**. Plaintiff is a voluntary litigant in a federal lawsuit and he must participate in discovery, including appearing for his deposition, within the manner prescribed by the Federal and Local Rules of Civil Procedure. In addition, Plaintiff is incarcerated at a federal super maximum prison and must adhere to the security procedures and conditions prescribed by that facility during his deposition.

Dated:        December 31, 2008