IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01839-WYD-KLM

MIKEAL GLENN STINE

    Plaintiff,

v.

HARLEY LAPPIN, Director B.O.P.,
MICHAEL NALLEY, Regional Director B.O.P., and
RON WILEY, Warden ADX Supermax,

    Defendants.

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **"Motion for Emergency TRO; Evidentiary Hearing: and Preliminary Injunction"** [Docket No. 247; Filed January 7, 2009] and **"Motion to Add Additional Exhibit (Daily Log) of Events to" Amended Emergency Motion for TRO/Preliminary Injunction with Expedited Consideration to Substain [sic] Life Date [sic] 12/31/2008** [Docket No. 249; Filed January 7, 2009] (the "Motions").

    IT IS HEREBY **ORDERED** that the Motions are **DENIED**. The alleged incidents and disciplinary actions giving rise to the Motions are not at issue in the above-captioned case, which is related solely to Plaintiff's conditions of confinement in the general population unit at ADX. Further, the Motions involve alleged conduct of individuals who are not parties to this litigation.

    In addition to providing notice of filing of this Minute Order to the parties, it is **ORDERED** that the office of the Clerk shall mail a copy of this Minute Order to the following:

CASE MANAGER FOR:
Mikeal Glenn Stine #55436-098
Florence ADX US Penitentiary
P.O. Box 8500
Florence, CO 81226

Dated:       January 12, 2009