IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01839-WYD-KLM

MIKEAL GLENN STINE

    Plaintiff,

v.

HARLEY LAPPIN, Director B.O.P.,
MICHAEL NALLEY, Regional Director B.O.P., and
RON WILEY, Warden ADX Supermax,

    Defendants.
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendants' **Motion for Extension of Time** [Docket No. 278; Filed February 25, 2009] ("Defendants' Motion") and Plaintiff's **Motion to Compel Discovery and to Order Admissions Deemed Admitted, and Request for Sanctions to Demonstrate this Will Not Be Allowed** [Docket No. 281; Filed February 26, 2009] ("Plaintiff's Motion"). Due to the prison's delay in mailing Plaintiff's propounded discovery caused, in part, by acts of Plaintiff in sending threatening letters to the Court, Defendants seek an extension of time to respond. Although the propriety of the prison's decision to hold Plaintiff's mail has not yet been litigated,

    IT IS HEREBY **ORDERED** that Defendants' Motion [#278] is **GRANTED**. Defendants shall respond to Plaintiff's propounded discovery dated January 19, 2009 and January 26, 2009 on or before **March 25, 2009**.

    IT IS FURTHER **ORDERED** that Plaintiff's Motion [#281] is **DENIED**.

    In addition to providing notice of filing of this Minute Order to the parties, it is **ORDERED** that the office of the Clerk shall mail a copy of this Minute Order to the following:

CASE MANAGER FOR:
Mikeal Glenn Stine #55436-098
Florence ADX US Penitentiary
P.O. Box 8500
Florence, CO 81226

Dated:       February 27, 2009