IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-01839-WYD-KLM

MIKEAL GLENN STINE

      Plaintiff,

v.

HARLEY LAPPIN, Director B.O.P.,
MICHAEL NALLEY, Regional Director B.O.P., and
RON WILEY, Warden ADX Supermax,

      Defendants.

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L.  MIX**

      This matter is before the Court on Plaintiff's "**Motion to Compel and Request for"**
**Sanctions Against Defendant Wiley** [Docket No. 295; Filed March 4, 2009] (the "Motion").

      IT IS HEREBY **ORDERED** that the Motion **DENIED**.  On March 2, 2009, the Court
granted Defendants an extension of time to respond to Plaintiff's propounded discovery,
including the discovery requests at issue in the Motion [Docket No. 284].  Although the
delay may have been prompted by the conduct of Defendant Wiley, the propriety of which
has not been adjudicated, Plaintiff has failed to show that he was prejudiced by the delay.
For instance, I note that the discovery deadline does not expire until April 30, 2009.

      In addition to providing notice of filing of this Minute Order to the parties, it is
**ORDERED** that the office of the Clerk shall mail a copy of this Minute Order to the
following:

CASE MANAGER FOR:
Mikeal Glenn Stine  #55436-098
Florence ADX US Penitentiary
P.O. Box 8500
Florence, CO 81226

Dated:      March 6, 2009