IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01839-WYD-KLM

MIKEAL GLENN STINE

    Plaintiff,

v.

HARLEY LAPPIN, Director B.O.P.,
MICHAEL NALLEY, Regional Director B.O.P., and
RON WILEY, Warden ADX Supermax,

    Defendants.
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on numerous motions filed by Plaintiff [Docket Nos. 265, 271, 273, 274, 276, 279, 282, 286 & 287] (the "Motions"). The Court notes that the Motions all relate to Plaintiff's requests for injunctive relief concerning his current conditions of confinement. Although the Court recognizes the serious nature of Plaintiff's allegations, because the Motions are largely duplicative and contain dates and allegations that are difficult to reconcile,

    IT IS HEREBY **ORDERED** that the Motions [##265, 271, 273, 274, 276, 279, 282, 286 & 287] are **DENIED WITHOUT PREJUDICE**. Plaintiff may file a single motion that sets forth every allegation he wishes to assert in relation to his request for injunctive relief on or before **March 27, 2009**. The motion must be comprehensive and any later attempts to supplement or amend the motion will be stricken.

    In addition to providing notice of filing of this Minute Order to the parties, it is **ORDERED** that the office of the Clerk shall mail a copy of this Minute Order to the following:

CASE MANAGER FOR:
Mikeal Glenn Stine #55436-098
Florence ADX US Penitentiary
P.O. Box 8500
Florence, CO 81226

Dated:       March 6, 2009