IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-01839-WYD-KLM

MIKEAL GLENN STINE

     Plaintiff,

v.

HARLEY LAPPIN, Director B.O.P.,
MICHAEL NALLEY, Regional Director B.O.P., and
RON WILEY, Warden ADX Supermax,

     Defendants.

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L.  MIX**

     This matter is before the Court on Plaintiff's **Motion to Add Attached Exhibits (1) Through (9) to Pending Motion for Protective Order and Injunction/Oral Arguments Requested Being Doc. No. (265) in 07-cv-01839-WYD-KLM; and Doc. No. (176) in 07-cv-02203-WYD-KLM** [Docket No. 305; Filed March 12, 2009] (the "Motion").  The Motion seeks to supplement motions that have already been ruled upon and are no longer pending.

     IT IS HEREBY **ORDERED** that the Motion is **DENIED as moot**.


Dated:      March 16, 2009