IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-01839-WYD-KLM

MIKEAL GLENN STINE

      Plaintiff,

v.

HARLEY LAPPIN, Director B.O.P.,
MICHAEL NALLEY, Regional Director B.O.P., and
RON WILEY, Warden ADX Supermax,

      Defendants.
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L.  MIX**

      This matter is before the Court on Defendants' **Motion to Strike Letters from Non-Party Inmates** [Docket No. 330; Filed May 21, 2009] ("Motion to Strike") and **Motion to Extend DIspositive Motion Deadline** [Docket No. 333; Filed May 26, 2009] ("Motion to Extend").

      IT IS HEREBY **ORDERED** that the Motion to Strike [#330] is **DENIED**.  Defendants fail to set forth grounds for striking the referenced pleadings pursuant to Fed. R. Civ. P. 12(f).  To the extent that Defendants contend the pleadings should be rejected on the basis of their credibility, the Court will take such arguments into account when resolving Plaintiff's Motion for Preliminary Injunction [Docket No. 304] and specifically, Plaintiff's contention that his mail is being withheld or destroyed.  Further, to the extent that Defendants ask that the Court accept letters from inmates Oechsle and Williams for docketing, the Court notes that the letters, which are attached to the Motion to Strike, are now a part of the record in this case [Docket Nos. 330-3 & 330-4].

      IT IS HEREBY **ORDERED** that the Motion to Extend [#333] is **GRANTED**.  The dispositive motions deadline shall be **fifteen (15) days** from the date of the District Judge's order on the underlying Motion to Dismiss [Docket No. 258].

Dated:      May 28, 2009