IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-01839-WYD-KLM

MIKEAL GLENN STINE

      Plaintiff,

v.

HARLEY LAPPIN, Director B.O.P.,
MICHAEL NALLEY, Regional Director B.O.P., and
RON WILEY, Warden ADX Supermax,

      Defendants.
_____

### ORDER DENYING MOTIONS AND STRIKING THEM FROM THE RECORD
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L.  MIX**

This matter is before the Court Plaintiff's **Motion to be Allowed to Advise the Court of Continued Facts and Acts of Defendants Since and Prior to Evidentiary Hearing of 5-22-2009** [Docket No. 337; Filed June 12, 2009] and **Motion to Submit Exhibit Showing Defendants Have Knowingly Committed Perjury and Submitted Perjurious [sic] Declarations; and Request to Seal Exhibit, and Motion to Reconsider TRO/Preliminary Injunction Motions (12), (49), (66), (71), (78), and (93)** [Docket No. 340; Filed June 16, 2009] (collectively the "Motions").  Pursuant to the Motions, Plaintiff to contends that Defendants intercepted a letter he sent to BOP officials warning them about the imminent murder of an individual by members of the Aryan Brotherhood and that Defendants are responsible for the alleged murder of such individual.  Plaintiff requests that the Court put in place parameters for Defendants' review of his mail going forward which go beyond those mandated by BOP regulations, that Docket No. 336 be forwarded to the FBI, that the Court reconsider past denials of his motions for injunctive relief related to his safety, and that the Motions be sealed.  First, the contents of the Motions have nothing to do with the above-captioned case.  Second, the Motions are based upon assertions which are highly inflammatory, speculative and conclusory and, therefore, violate Fed. R. Civ. P. 11.  Third, there are no allegations or evidence contained therein that prompt the Court to reach a different conclusion regarding *this Plaintiff's current safety.*  Accordingly,

IT IS HEREBY **ORDERED** that the Motions are **DENIED**.

IT IS FURTHER **ORDERED** that Docket No. 336 shall be unsealed and both Motions and related pleadings [Docket Nos. 336, 337 & 340] shall be **STRICKEN** from the record.

Dated:     June 18, 2009