IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-01839-WYD-KLM

MIKEAL GLENN STINE

      Plaintiff,

v.

HARLEY LAPPIN, Director B.O.P.,
MICHAEL NALLEY, Regional Director B.O.P., and
RON WILEY, Warden ADX Supermax,

      Defendants.
_____

**ORDER DENYING MOTION AND STRIKING PLEADINGS FROM THE RECORD**
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L.  MIX**

      This matter is before the Court Plaintiff's **Motion to Add Just Obtained Copies of Philip Green Communication Concerning His Safety/and Green Light to Murder him by Latin Kings** [Docket No. 345; Filed June 25, 2009] (the "Motion").

      IT IS HEREBY **ORDERED** that the Motion is **DENIED** for the reasons given in my Order dated June 18, 2009 [Docket No. 342].

      IT IS FURTHER **ORDERED** that the Motion and related pleading [Docket Nos. 343 & 345] shall be **STRICKEN** from the record.

Dated:  June 29, 2009

                                                      BY THE COURT:

                                                    /s Kristen L. Mix
                                                    Kristen L. Mix
                                                    United States Magistrate Judge