IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01839-WYD-KLM

MIKEAL GLENN STINE,

 Plaintiff,

v.

HARLEY LAPPIN, Director B.O.P.;
MICHAEL NALLEY, Regional Director B.O.P.; and
RON WILEY, Warden ADX Supermax,

 Defendants.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

 The Motion for Evidentiary Hearing/Conference and Motion to Amend (ECF No. 366), filed August 18, 2010, is **STRICKEN.** The Court construes the pending motion as an improper attempt to circumvent the injunction previously entered against him in this case. (ECF Nos. 344 and 350). Accordingly, Plaintiff is ordered not to file any additional motions or other pleadings in this closed case as they will be stricken, and the clerk's office is directed to not accept any future filings in this action.

 Dated: September 1, 2010.