**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 07-cv-01839-WYD-KLM

MIKEAL GLENN STINE,

      Plaintiff,

v.

HARLEY LAPPIN,
MICHAEL K. NALLEY, and
RON WILEY,

      Defendants.

---

**MINUTE ORDER**

---

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      Pursuant to ECF No. 371, Defendants' Motion to Strike, or in the Alternative, for Extension of Time to Respond to, Docket Number 370 (ECF No. 372) is **DENIED AS MOOT.**

      Dated: April 13, 2012.