IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-01839-WYD-KLM

MIKEAL GLENN STINE

      Plaintiff,

v.

HARLEY LAPPIN, Director B.O.P.,
MICHAEL NALLEY, Regional Director B.O.P., and
RON WILEY, Warden ADX Supermax,

      Defendants.
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter is before the Court on Plaintiff's **Verified Motion to Modify and or Dissolution of Injunction Filed Sept. 1st 2009 Pursuant to Fed. R. Civ. P. 60(b)(5)/ Evidentiary Hearing Requested** [Docket No. 385; Filed February 27, 2013] (the "Motion to Modify") and **Defendants' Motion to Strike, or in the Alternative, for Extension of Time to Respond to, Docket Number 385** [#387; Filed March 19, 2013] (the "Motion to Strike"). As noted by Defendants in the Motion to Strike, this case was dismissed in 2009. *Motion to Strike* at 1. In response to Plaintiff's filing of "vexatious, frivolous, and malicious" pleadings lacking in legal justification, the Court enjoined Plaintiff from filing future *pro se* cases in this District. *See* [#350] at 7-9. In response to Plaintiff's continual attempts to file pleadings in this case after it was closed, the Court ordered Plaintiff "not to file any additional motions or other pleadings in this closed case as they will be stricken" and directed the clerk's office "to not accept any future filings in this action." *Order* [#369] at 1. The Motion to Modify violates the Court's Order and must be stricken.

      IT IS HEREBY **ORDERED** that the Motion to Strike is **GRANTED** for the reasons given in the Order dated November 16, 2011 [#369].

      IT IS FURTHER **ORDERED** that the Motion to Modify [#385] shall be **STRICKEN** from the record.

      Dated: April 5, 2013